## MORRISON *v.* DURR.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE DISTRICT OF CALIFORNIA.

Argued April 27, 28, 1887. — Decided May 27, 1887.

In this case the bill having called for answers under oath, and such answers
having been made denying each and every allegation of fraud, and the
evidence of two witnesses, or of one witness corroborated by circum-
stances, being wanting in support of the charges of fraud, this court
will not reverse the decree dismissing the bill.

In equity. Decree dismissing the bill. Plaintiff appealed.

*Mr. Eppa Hunton* for appellants.

*Mr. Edward J. Pringle* for appellee.

Mr. Chief Justice Waite delivered the opinion of the
court.

This is a suit in equity brought by several judgment credit-
ors of the mercantile firm of Kennedy & Durr, to set aside a
sale of the goods of the firm of Charles McDermot, under
executions on judgments in his favor, on the ground of fraud,
and to have the property and its proceeds in the hands of
McDermot subjected to the payment of the amounts due them
respectively. The bill called for answers under oath, and
McDermot answered accordingly, denying each and all of the
allegations of fraud which were made against him. This
being responsive to the bill, his denials must be overcome by
the satisfactory evidence of two witnesses, or of one witness
corroborated by circumstances which are equivalent in weight
to another, before the complainants can be granted the relief
they ask. No such proof has been made. We have looked
carefully through the whole evidence, and, while it is full of
circumstances calculated to excite suspicion, there is not enough
to justify us in reversing the decree of the court below dismiss-

ing the bill. The questions involved are principally of fact, which it would serve no useful purpose to consider at length in an opinion.

*The decree is affirmed.*